BENJAMIN B. WAGNER
United States Attorney
DONNAL L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8933
    Facsimile:  (415) 744-0134
    Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOSE ALVES, SR., | No. 1:12-cv-01883-SKO |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that the time for responding to Plaintiff's Opening Brief be extended 30 days with a new due date of August 29, 2013. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant requests the additional time to further review the file and prepare a response in this matter due to a vacation by Defendant's counsel, coupled with a heavy workload.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

                                                Respectfully submitted,

Date: *July 29, 2013*            Dellert Baird Law Offices, PLLC

                            By:    */s/ Kelsey Mackenzie Brown\**
                                     KELSEY MACKENZIE BROWN
                                     *By email authorization on July 29, 1013

                                     Attorney for Plaintiff

                                     BENJAMIN B. WAGNER
                                     United States Attorney

                            By:    */s/ Paul Sachelari*
                                     PAUL SACHELARI
                                     Special Assistant United States Attorney

                                     Attorneys for Defendant

## **ORDER**

Pursuant to the parties' above stipulation, IT IS HEREBY ORDERED that:

1.    The parties' stipulated request for an extension of time for Defendant to file a responsive brief is GRANTED;

2.    Defendant's responsive brief shall be filed **on or before August 29, 2013**; and

3.    Plaintiff may file an optional reply brief **on or before September 13, 2013**.

IT IS SO ORDERED.

Dated:   **July 30, 2013**                **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28