IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALVES, SR., | Case No. 1:12-CV-001883-SKO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff is entitled to an award of attorney's fees and expenses to be paid by the Defendant, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), subject to any offset as described in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

The parties agree that an award of attorney's fees in the amount of $6,500.00, and expenses in the amount of $18.60 and costs in the amount of $33.00, for a total of $6,551.60, shall be awarded to Plaintiff as a settlement amount.

If it is determined that Plaintiff's EAJA fees and expenses are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. The check for costs should also be made payable to Dellert Baird Law Offices, PLLC.

The parties agree that whether these checks are made payable to Plaintiff, or to Dellert Baird Law Offices, PLLC, they shall be mailed to Plaintiff's attorney at the following address: Dellert Baird Law Offices, PLLC, P.O. Box 3757, Silverdale, WA, 98383.

| | |
|---|---|
| Dated this 27th day of May 2014: | s/ KELSEY MACKENZIE BROWN  <br>Kelsey Mackenzie Brown, CA #263109  <br>Dellert Baird Law Offices, PLLC  <br>P.O. Box 3757  <br>Silverdale, WA  98383  <br>Telephone:  (360) 329-6968  <br>FAX:  (360) 329-6968  <br>Dellert.Law.Office@gmail.com  <br><br>Of Attorneys for Plaintiff |
| Dated this 27th day of May 2014: | s/ KELSEY MACKENZIE BROWN FOR  <br>PAUL SACHELARI  <br>Via email authorization  <br>Social Security Administration  <br>Office of the General Counsel  <br>160 Spear Street, Suite 800  <br>San Francisco, CA 94105-1545  <br>415-977-8942  <br><br>Of Attorneys for Defendant |

## ORDER

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that Plaintiff shall be awarded SIX THOUSAND FIVE HUNDRED FIFTY ONE dollars and SIXTY cents ($6,551.60) in attorney's fees and expenses, subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Dated: __May 27, 2014__          __/s/ Sheila K. Oberto__
                                 UNITED STATES MAGISTRATE JUDGE